# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND BROWN**,<br><br>    **v.**<br><br>**POLICE OFFICER HARRIS #6034,**<br>**POLICE OFFICER ANDY YUN #4527,**<br>**CITY OF PHILADELPHIA** | **CIVIL ACTION**<br><br><br>**NO. 20-5354** |

## ORDER RE.: SUMMARY JUDGMENT MOTION

**AND NOW**, this 18th day of March, 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF 9); Plaintiff's Response (ECF 12); Defendants' supplemental memorandum (ECF 14), and Plaintiff's supplemental memorandum (ECF 15), as well as counsels' oral argument on March 10, 2022, and for the reasons given in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-5354 Brown v Harris\20cv5354 summary judgment order.docx