| | | |
|---|---|---|
| **Raymond Brown,** | : | **United States District Court** |
| **Plaintiff,** | : | **Eastern District of Pennsylvania** |
| vs. | : | |
| **Police Officer Andy Yun, et al.,** | : | **Civil Division – Civil Rights** |
| **Defendants.** | : | **Case No.: 2:20-cv-05354** |

# ORDER

AND NOW, this _____ day of _____, 20_____, it is hereby **ORDERED** and **DECREED** that after consideration the Plaintiff's Request for Costs and all related requested relief is **GRANTED**.

BY THE COURT:

_____
**U.S. District Judge Michael Baylson**

| | | |
|---|---|---|
| **Raymond Brown,** | : | **United States District Court** |
| Plaintiff, | : | **Eastern District of Pennsylvania** |
| vs. | : | |
| **Police Officer Andy Yun, et al.,** | : | **Civil Division – Civil Rights** |
| Defendants. | : | **Case No.: 2:20-cv-05354** |

## PLAINTIFF BROWN'S MOTION AND ITEMIZATION FOR COSTS

Plaintiff, Raymond Brown, via undersigned Counsel, files the following Motion for Costs, which were associated with the above-captioned matter. In the above-matter Plaintiff following a jury trial on November 18, 2022, prevailed and Defendant Harris was found guilty of false arrest/false imprisonment and his liability was $8,840 and Defendant Yun was found guilty of false arrest/false imprisonment and failure to intervene and his liability was $8,840. The Plaintiff moves pursuant to Federal Rule of Procedure 54, and all other related and applicable rules and statutes, for payment of his costs as the prevailing party. The Plaintiff had the following costs:

1. Complaint filing Fee: $400

2. Process Service: $225

3. Depositions (All Parties): 579.10

**TOTAL:** $1,204.1

The Plaintiff has attached a true and correct copy for all of the receipts for the above claimed costs and expenses.

Respectfully Submitted,
CORNERSTONE LEGAL GROUP

By: /s/ D. Wesley Cornish, Esquire
D. Wesley Cornish, Esquire
Pennsylvania Supreme Court # 310865
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
**Attorney for Plaintiff**
October 31, 2022

| | | |
|---|---|---|
| **Raymond Brown,** | : | **United States District Court** |
| **Plaintiff,** | : | **Eastern District of Pennsylvania** |
| vs. | : | |
| **Police Officer Andy Yun, et al.,** | : | **Civil Division – Civil Rights** |
| **Defendants.** | : | **Case No.: 2:20-cv-05354** |

## CERTIFICATE OF SERVICE

I hereby certify I am on this day, serving the foregoing on the persons listed below via electronic mail/delivery service, via ECF and is available for viewing and downloading by all parties, which satisfies the requirements of the Rules of Civil Procedure to:

**Matthew Kevin Hubbard, Esquire**
City Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19107


Respectfully Submitted,
CORNERSTONE LEGAL GROUP

By: /s/ D. Wesley Cornish, Esquire
D. Wesley Cornish, Esquire
Pennsylvania Supreme Court # 310865
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
Tel:   212-444-2039
**Attorney for Plaintiff**
October 31, 2022

## AFFIDAVIT AND CERTIFICATE OF SERVICE

I, David Wesley Cornish, Esquire, hereby certify, and swear pursuant to the applicable law for unsworn falsifications to authorities and/or the tribunal, and the United States laws for perjury, I incurred $1,204.1 in expenses as listed above for litigating this case and these fees pursuant to 28 U.S.C. §1924, and this figure is correct and accurate to the best of my knowledge, and these fees and expenses were incurred as necessary to litigating Plaintiff's case.

_____     _____
David Wesley Cornish              October 31, 2022

 Gmail                                                              D Wesley <dwesley24@gmail.com>

## Activity in Case 2:20-cv-05354 Brown v. Harris #6034 et al Complaint (Attorney)
1 message

**ecf_paed@uscourts.gov** <ecf_paed@paed.uscourts.gov>                    Tue, Oct 27, 2020 at 1:02 PM
To: paedmail@paed.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Eastern District of Pennsylvania

### Notice of Electronic Filing

The following transaction was entered by CORNISH, DAVID on 10/27/2020 at 1:02 PM EDT and filed on 10/27/2020
**Case Name:**      Brown v. Harris #6034 et al
**Case Number:**    2:20-cv-05354
**Filer:**          Raymond Brown
**Document Number:** 1

**Docket Text:**
**COMPLAINT** *by Raymond Brown for Civil Rights Violations* **against All Defendants ( Filing fee $ 400 receipt number 0313-14668322.), filed by Raymond Brown.(CORNISH, DAVID)**

**2:20-cv-05354 Notice has been electronically mailed to:**

DAVID WESLEY CORNISH &nbsp &nbsp cornerstonelegalgroup@gmail.com, dwesley24@gmail.com

**2:20-cv-05354 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=10/27/2020] [FileNumber=17221964
-0] [3f5ccfe076ca18c51995464168a55824e77c9b8d4faae5fda162f6f208a4fbc4b
38e3ef60705c25e57882753b0a83af8b9e3949031db75df29eb62fb741ef4e5]]

v.

Harris

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **City of Philadelphia**
was received by me on *(date)* **11/8/20**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Joshua Feissner**, who is designated by law to accept service of process on behalf of *(name of organization)* **City Law Dept; Phila Police Dept** on *(date)* **11/9/20** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **75** for services, for a total of $ **75.00**.

I declare under penalty of perjury that this information is true.

Date: **11/8/2020**

_Server's signature_

**Hope Cornish Paralegal**
_Printed name and title_

**Cornerstone Legal Group
230 S. Broad St
17th Floor
Philadelphia PA 19102**
_Server's address_

Additional information regarding attempted service, etc:
**Electronic service Accepted**

Brown v. Harris

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __P/O Harris #6034__
was received by me on *(date)* __11/8/20__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Joshua Feissner__, who is
designated by law to accept service of process on behalf of *(name of organization)* __City Law Dept ;
Phila Police Dept__ on *(date)* __11/9/20__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __75__ for services, for a total of $ __75.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/8/2020__

_____
Server's signature

__HOPE CORNISH  PARALEGAL__
Printed name and title

__CORNERSTONE LEGAL GROUP
230 S. BROAD ST
17th FLOOR
Philadelphia PA 19102__
Server's address

Additional information regarding attempted service, etc:
__Electronic service Accepted__

Brown v. Harris

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* P/O Andy Yun #4527

was received by me on *(date)* 11/8/20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ served the summons on *(name of individual)* Joshua Feissner , who is designated by law to accept service of process on behalf of *(name of organization)* City Law Dept; Phila Police Dept on *(date)* 11/9/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 75 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 11/8/2020

_____ Paralegal
Server's signature

HOPE CORNISH PARALEGAL
Printed name and title

CORNERSTONE LEGAL GROUP
230 S. BROAD ST
17TH FLOOR
PHILADELPHIA PA 19102
Server's address

Additional information regarding attempted service, etc:
Electronic service Accepted

# INVOICE

1 of 1

# LEXITAS™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15817 | 6/29/2021 | 16146 |
| Job Date | Case No. | |
| 6/22/2021 | | |

| Case Name |
|---|
| Raymond Brown v Phila |

| Payment Terms |
|---|
| Net 30 |

D. Wesley Cornish, Esquire
Cornerstone Legal Group
230 South Broad Street
17th Floor
Philadelphia, PA 19102

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Raymond Brown - 41 pgs                                                            175.00
    Production Fee                           1.00  Flat Fee   @   125.000   125.00

**TOTAL DUE >>>**                                                                      $300.00

Location of Job   : MVC - TECH TO WIT HOME *BRING MIFI
                          **PLEASE ARRIVE BY 11AM
                      628 East Locust Avenue Philadelphia, PA 19144. 215-669-9729. It is Locust Ave - not STREET

* Minimum Writing Fee

---

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

D. Wesley Cornish, Esquire
Cornerstone Legal Group
230 South Broad Street
17th Floor
Philadelphia, PA 19102

Job No.     : 16146            BU ID     : 1-MAIN
Case No.   :
Case Name  : Raymond Brown v Phila

Invoice No. : 15817            Invoice Date : 6/29/2021
**Total Due**   : **$300.00**

Remit To: **LEXITAS LEGAL/PHILADELPHIA
PO Box 734298 Dept 2032
Dallas, TX 75373**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: David Cornish
Card Number: 4430 4800 5325 5630
Exp. Date: 01/25     Phone#: 215-990-8686
Billing Address: 230 South Broad St
Zip: 19102     Card Security Code: 644
Amount to Charge: 300
Cardholder's Signature: [signature]
Email: dwesley240@gmail.com

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81732 | 7/12/2021 | 51454 |
| Job Date | Case No. | |
| 6/15/2021 | | |

| Case Name |
|---|
| Raymond Brown v. Police Officer Steven Harris, et al. |

| Payment Terms |
|---|
| Net 30 Days or 1.5% interest charged. |

SUMMIT COURT REPORTING, INC.
1500 Walnut Street
Suite 1610
Philadelphia, PA 19102
T: (215) 985-2400  F: (215) 985-2420

D. WESLEY CORNISH, ESQUIRE
Cornerstone Legal Group, LLP
230 South Broad Street, 17th Floor
Philadelphia, PA 19102

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT/INDEX OF:
    Steven Harris      118.50
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT/INDEX OF:
    Police Officer Andy Yun      160.60

**TOTAL DUE   >>>      $279.10**

\* Teleconferencing & Video Conferencing Connection Fees Waived During Covid-19 Shutdowns \*
Call Summit for Remote & Onsite Depositions, Hearings & Trials
\* Thank you.  We appreciate your business! \*
Call on Summit for all of your Deposition, Video & Video Conference needs... 24/7 worldwide service.
Terms: Payments in full due within 30 days of receipt of invoice.  After 30 days, interest and/or late fees may accrue at 1.5%.

---

Tax ID: 23-2746102

*Please detach bottom portion and return with payment.*

D. WESLEY CORNISH, ESQUIRE
Cornerstone Legal Group, LLP
230 South Broad Street, 17th Floor
Philadelphia, PA 19102

Job No.     : 51454           BU ID       : 1-MAIN
Case No.    :
Case Name   : Raymond Brown v. Police Officer Steven Harris, et al.
Invoice No. : 81732           Invoice Date : 7/12/2021
**Total Due  : $279.10**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **SUMMIT COURT REPORTING, INC.**
          **1500 Walnut Street**
          **Suite 1610**
          **Philadelphia, PA 19102**