# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND BROWN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 2:20-cv-05354-MMB |
| | : | |
| CITY OF PHILADELPHIA, ET AL., | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

## DEFENDANTS' MOTION TO DEFER CONSIDERATION OF PLAINTIFF'S REQUEST FOR COSTS

Defendants, Police Officer Andy Yun and Police Officer Steven Harris, by and through their attorney, Matthew Kevin Hubbard, move this Court for an Order deferring consideration of Plaintiff's Request for Costs until the Court has ruled on Defendants' post-trial motion and after any appeal of this matter has been resolved. In support of their motion, Defendants incorporate the attached Memorandum of Law.

Respectfully submitted,

BY: /s/ *Matthew K. Hubbard*
MATTHEW KEVIN HUBBARD
Senior Attorney
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
(215) 683-5391 (direct dial)
(215) 683-5397 (fax)
Dated: November 7, 2022          matthew.hubbard@phila.gov