**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAYMOND BROWN,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.    2:20 -cv-05354-MMB** |
| | : | |
| **CITY OF PHILADELPHIA,** | : | **JURY TRIAL DEMANDED** |
| **ET AL.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2022, upon consideration of Defendants'

Motion to Defer Consideration of Plaintiff's Request for Costs, and any response thereto, **IT IS**

**ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.