# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND BROWN,<br>      Plaintiff, | CIVIL ACTION |
| V. | NO. 2:20-cv-05354-MMB |
| CITY OF PHILADELPHIA, ET AL.,<br>      Defendants. | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing Defendants' Motion to Defer Consideration of Plaintiff's Request for Costs was filed electronically and is available for viewing and downloading by counsel for the plaintiff.

 

/s/ *Matthew K. Hubbard*
MATTHEW KEVIN HUBBARD
Senior Attorney
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
(215) 683-5391 (direct dial)
(215) 683-5397 (fax)

Dated: November 7, 2022     matthew.hubbard@phila.gov