# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RAYMOND BROWN, | : | |
| --- | --- | --- |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 2:20-cv-05354-MMB |
| CITY OF PHILADELPHIA, ET AL., | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## ORDER

**AND NOW**, this 9th day of November, 2022, upon consideration of Defendants' Motion to Defer Consideration of Plaintiff's Request for Costs, and any response thereto, **IT IS ORDERED** that the Motion is **GRANTED** as to post-trial motions in this Court only.

BY THE COURT:

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**