IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND BROWN**<br><br>v.<br><br>**POLICE OFFICER HARRIS #6034; POLICE OFFICER ANDY YUN #4527 & CITY OF PHILADELPHIA** | **CIVIL ACTION**<br><br>**NO. 20-5354** |

# ORDER

AND NOW, this 2nd day of March, 2023, upon consideration of Defendants' Motion for Judgment as a Matter of Law, or, in the Alternative, for a New Trial (ECF 49), as well as all written submissions and oral argument related thereto, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendants' Motion for Judgment as a Matter of Law is **GRANTED**,

2. The **JUDGMENT** entered in favor of Plaintiff Raymond Brown against Defendants Police Officer Harris #6034 and Police Officer Yun #4527 on the 18th day of October, 2022 (ECF 40) is **VACATED**,

3. **FINAL JUDGMENT** is entered in favor of Defendants Police Officer Harris #6034 and Police Officer Andy Yun #4527, and against Plaintiff Raymond Brown,

4. The Clerk shall **CLOSE** the case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.